FILED
CLERK, U.S. DISTRICT COURT

JUL 2 4 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>CARLOS GUTIERREZ-CARDENAS,<br><br>DEFENDANT | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.:  5:25-mj-00496 |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **CARLOS GUTIERREZ-CARDENAS** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of Title 18 United States Code, Sections 111(a)(1), (b).

REC: BY AUSA        [Detention]

July 23, 2025
_____
Date

HONORABLE JUDGE SHERI PYM

_____
Signature of Magistrate Judge

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): <br> RANCHO CUCAMONGA, CA | | |
| DATE RECEIVED<br>7/23/25<br>DATE OF ARREST<br>7/24/25 | NAME AND TITLE OF ARRESTING OFFICER<br>SPECIAL AGENT<br>MANUEL DORADO | SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|-------|------|---------|---------|-------|-------|--------|-|
| W | M | 5"5 | 200 lbs. | BLK | BRO | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE: |
|----------------|-----------------|----------------------|----------------------|----------------|
| 11/03/73 | MEXICO | | | |

| ALIASES: None | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: TOP OF HEAD ON THE RIGHT. |
|---------------|------------------------------------------------------------------------|

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|------------|------------|-------------|-------------|-------------------|---------------|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|-----------------------|------------------------|
| 559 W. FLORA ST. APT. A ONTARIO CA 91762 | |

**FBI NUMBER:** 594674EB0

**ADDITIONAL INFORMATION:** A# 074 416 507

| INVESTIGATIVE AGENCY NAME: HOMELAND SECURITY INVESTIGATIONS (HSI) | INVESTIGATIVE AGENCY ADDRESS: 501 W. OCEAN BLVD. LONG BEACH CA 90802 |
|------------------------------------------------------------------|---------------------------------------------------------------------|

| NOTES: |
|--------|
| |