BILAL A. ESSAYLI
Acting United States Attorney
By: Sean D. Peterson (Cal. Bar No. 274263)
3403 Tenth Street, Suite 200
Riverside, California 92501
Telephone: (951) 276-6930
Email: sean.peterson2@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 5:25-mj-496-DUTY |
| v. | |
| CARLOS GUTIERREZ-CARDENAS, | **ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT** |
| DEFENDANT | |

A Magistrate's Complaint having been filed before the United States Magistrate Judge Sheri Pym in Riverside, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 111(a)(1), (b), and the Acting United States Attorney having moved for a dismissal of the complaint by the presentment of this Order,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant CARLOS GUTIERREZ-CARDENAS without prejudice, and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: August 22, 2025

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

Presented by:

/s/ *Sean D. Peterson*
SEAN D. PETERSON
Assistant United States Attorney

**Complaint Filed: July 23, 2025**

**Is the person in custody on this case?**
**YES** ☐
**NO** ☒